IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

DALEN PRODUCTS, INC.,

        Plaintiff,

vs.

COMPASS MARKETING INC.,

        Defendants.

STIPULATION FOR DISMISSAL WITH
PREJUDICE AND ORDER

Case No. 3:05-CV-357
Phillips/Guyton

The above-entitled action, having been fully compromised and settled,

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel, that all claims of Plaintiff, Dalen Products, Inc., may be and hereby are dismissed with prejudice and on the merits, but without costs, attorney's fees, or interest to any of the parties.

IT IS FURTHER STIPULATED AND AGREED that any of the parties, without notice to the others, may cause judgment of dismissal with prejudice and on the merits to be entered herein.

RIDER BENNETT, LLP

Dated: October 17, 2005

By _____
Julie L. Finch (#185206)
Douglas J. Frederick (#320699)
33 South Sixth Street
Suite 4900
Minneapolis, MN 55402
(612) 340-7994

Attorneys for Defendant

1304844-1

Dated: 10/17, 2005

BASS, BERRY & SIMS PLC

By _____
Michael S. Kelley (BPR#014378)
G. Mark Mamantov (BPR#011293)
900 S. Gay Street
Suite 1700
Knoxville, TN 37902
(865) 521-6200

Attorneys for Plaintiff

Dated: 10/17, 2005

BLACKWELL SANDERS PEPER MARTIN, LLP

By _____
Peter W. Salsich III
Gary. A. Pierson II
720 Olive Street
24th Floor
St. Louis, MO 63101
(314) 345-6000

Attorneys for Plaintiff

## ORDER

IT IS HEREBY ORDERED, pursuant to the foregoing Stipulation, that the above-entitled action is hereby dismissed with prejudice and without costs, attorney's fees, or interest to any party and judgment may be entered accordingly.

BY THE COURT:

Dated: OCT 24, 2005

Thomas H. Phillips

Judge of District Court

1304844-1

2